STATE OF NEW JERSEY v. PATRICK JOHN WALTZ, *ET AL.*

November 16, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. JOHN ROBERT KING.

November 16, 1971. Petition for certification denied.

WILLIAM M. LAMBERT v. FISHERMAN'S DOCK
COOPERATIVE, INC.

November 16, 1971. Petition for certification granted.
(See 115 *N. J. Super.* 424)

STATE OF NEW JERSEY v. ATTILIO AGNELLINO.

November 16, 1971. Petition for certification denied.

REYNOLDS TERRACE, INC. v. CITY OF ORANGE, *ET AL.*

November 16, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. BRADFORD SMITH, JR.

November 16, 1971. Petition for certification denied.